UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:16-CV-00069

HURLEY HOLLAND                                                                                    PLAINTIFF

v.

LVNV FUNDING, LLC                                                                              DEFENDANT

**Order and Judgment**

This matter is before the Court upon Defendant LVNV Funding, LLC's Motion to Compel Arbitration. [DN 10]. The Court, having considered Defendant's Motion, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendant's Motion [DN 10] is GRANTED. Because all of Plaintiff's claims are subject to arbitration, this action is DISMISSED WITHOUT PREJUDICE. There being no just cause for delay, this is a final and appealable order.

CC: Counsel of Record